UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-04153-AOR

UNITED STATES

vs.

GERMAN ENRIQUE FUENTES,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? __ Yes  X  No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:   /s/ Maria L. Catala
      Maria L. Catala
      Assistant United States Attorney
      U.S. Attorney's Office – SDFL
      FL Bar 1000435
      99 NE 4th Street, 6th Floor
      Miami, Florida 33132
      Tel: (305) 961-9180
      Email: Maria.catala@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  22-mj-04153-AOR |
| | ) | |
| GERMAN ENRIQUE FUENTES, | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 15, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a), (b)(2) | Illegal Re-entry of a Removed Alien |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alberto Hernandez, CBP Officer
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __12/16/22__

_____
*Judge's signature*

City and state: __Miami, Florida__    Hon. Alicia M. Otazo Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Alberto Hernandez, being duly sworn, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection ("CBP") Enforcement Officer at the Miami Seaport and have been so employed since February 2008. Prior to assuming that position, I was a CBP Officer and a Customs Inspector with the United States Customs Service and have been employed with the two agencies since 2002. I am responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, as amended, and related offenses contained in Titles 8 and 18 of the United States Code.

2. This Affidavit is submitted in support of a criminal complaint charging German Enrique FUENTES ("FUENTES") with illegal reentry in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officials and witnesses involved in this investigation. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against FUENTES for the above-described criminal violation.

### PROBABLE CAUSE

4. In or around November 2022, CBP observed a man who appeared to be FUENTES while conducting surveillance at a residential complex in North Miami Beach, Florida. FUENTES is a citizen and national of Honduras who had previously been removed from the United States. CBP watched FUENTES get into the driver's seat of a white van and drive to a gas station, where he exited his vehicle.

5. On or about December 15, 2022, CBP arrested FUENTES outside of his residence in North Miami Beach, Florida, pursuant to a Warrant for Arrest of an Alien under an Immigration Judge Removal Order.

6. At the time of his arrest, FUENTES was in possession of a Honduran passport, Honduran Consular Identification Card, and a Florida Identification card—all issued in his name (German Enrique FUENTES).

7. During processing at CBP facilities in the Port of Miami, Florida, FUENTES' biographical data and fingerprints were entered and enrolled in CBP's Biometrics Fingerprint Identification System, which confirmed FUENTES' identity, including his prior criminal history.

8. Records indicate that on June 16, 1994, FUENTES was convicted in Broward County, Florida, for the misdemeanor offense of Possession of Stolen Property (case number 93004298MM10A), in violation of State of Florida statute 812.014. For this offense FUENTES was sentenced to six (6) days confinement.

9. Records further indicate that on August 28, 1995, FUENTES was convicted in Broward County, Florida, for the felony offense of Indecent Assault on Child under 16 (now known as Lewd and Lascivious Act upon Child under 16) (case number 9511049CF10A), in violation of State of Florida statute 800.04. FUENTES was sentenced to three (3) years of supervised probation.

10. CBP also confirmed that FUENTES had previously been removed from the United States three times. On or about March 30, 2000, an Immigration Judge within the Department of Justice Executive Office of Immigration Review ordered FUENTES removed from the United States to Honduras. On or about April 13, 2000, FUENTES was removed from the United States

to Honduras and barred from returning to the United States for ten years. FUENTES' photograph and fingerprint accompanied his removal paperwork.

11. On or about May 10, 2001, FUENTES was again ordered removed by an Immigration Judge. On or about June 7, 2001, FUENTES was removed from the United States to Honduras and barred from returning to the United States for ten years. FUENTES' photograph and fingerprint accompanied his removal paperwork.

12. On or about November 3, 2009, FUENTES was again found to be in the United States and the prior order of removal was reinstated. On or about December 4, 2009, FUENTES was removed from the United States to Honduras and barred from returning to the United States for twenty years. FUENTES' photograph and fingerprint accompanied his removal paperwork.

13. FUENTES does not have the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for readmission to the United States.

[This space intentionally left blank.]

14. Based on my training and experience, and as further supported by the facts set forth in this Affidavit, I respectfully submit that probable cause exists to believe that FUENTES, an alien, having previously been removed from the United States on or about April 13, 2000, June 7, 2001, and December 4, 2009, did re-enter the United States illegally, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
ALBERTO HERNANDEZ, OFFICER
UNITED STATES CUSTOMS AND BORDER PROTECTION

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Face Time on the 16th day of December 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

4

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 22-mj-04153-AOR

### BOND RECOMMENDATION

DEFENDANT: German Enrique Fuentes

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Maria Catala*
AUSA: Maria L. Catala

Last Known Address: _____

What Facility: FDC

Agent(s): Alberto Hernandez
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)
CBP